# United States District Court
## Southern District of Georgia

ROW EQUIPMENT, INC.,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 5:16-cv-60

TEREX USA, LLC, d/b/a TEREX ENVIRONMENTAL EQUIPMENT,

Defendant.

☑ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that according to the Jury Verdict entered on December, 16, 2019, judgment is entered in favor of Defendant Terex USA, LLC, d/b/a Terex Environmental Equipment, and Plaintiff's claims against Defendant are dismissed. This case is closed.

Approved by: _____

January 17, 2020
*Date*

Scott L. Poff
*Clerk*

_____
*(By) Deputy Clerk*