# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| ROW EQUIPMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> TEREX USA, LLC d/b/a TEREX ENVIRONMENTAL EQUIPMENT, <br><br> Defendant. | CIVIL ACTION NO.: 5:16-cv-60 |

## O R D E R

The verdict in the above-styled action having been affirmed by the United States Court of Appeals for the Eleventh Circuit, the mandate of the United States Court of Appeals for the Eleventh Circuit is made the Order of this Court.

**SO ORDERED**, this 24th day of June, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA